James R. Hawkins, Bar No. 192925
james@jameshawkinsaplc.com
Isandra Fernandez, Bar No. 220482
isandra@jameshawkinsaplc.com
JAMES AHWKINS APLC
9880 Research Drive, Suite 200,
Irvine, CA 92618
Telephone:  949.387.7200
Fax No.:    949.387.6676

Attorneys for Plaintiff
WESLEY MAAS

James E. Hart, Bar No. 194168
jhart@littler.com
LITTLER MENDELSON P.C.
18565 Jamboree Road, Suite 800
Irvine, California  92612
Telephone:  949.705.3000
Fax No.:    949.724.1201

Attorneys for Defendant
COVENANT TRANSPORT, INC.

[Additional Counsel Listed on Following Page]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| WESLEY MAAS, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>COVENANT TRANSPORT, INC., a Tennessee corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 5:21-cv-00854-DSF-SP<br><br>**STIPULATION TO DISMISS ACTION WITH PREJUDICE**<br><br>Complaint Filed:  February 11, 2021<br><br>**Trial Date:      Stayed** |

1  Lisa Lin Garcia, Bar No. 260582
   llgarcia@littler.com
2  LITTLER MENDELSON, P.C.
   01 Second Street, 10th Floor
3  San Francisco, California 94105
   Telephone: 415.433.1940
4  Fax No:     415.399.8490

5  Elizabeth A. Stonhaus, Bar No. 286615
   lstonhaus@littler.com
6  LITTLER MENDELSON P.C.
   50 W. San Fernando, 7th Floor
7  San Jose, California 95113
   Telephone: 408.998.4150
8  Fax No.:    408.288.5686

9  Attorneys for Defendant
   COVENANT TRANSPORT, INC.
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JOINT STIPULATION DISMISS
                                  2                    CASE NO. 5:21-CV-00854-DSF-SP

Plaintiff Wesley Maas ("Plaintiff") and Defendant Covenant Transport, Inc. ("Defendant") (collectively, the "Parties"), by and through their counsel of record, hereby submit this Stipulation to dismiss this action.

## I. RECITALS

WHEREAS, on April 3, 2023, the Parties filed a Stipulated Dismissal Without Prejudice Pursuant to Federal Rule of Civil Procedure Rules 41(a)(1)(A)(ii) and 41(a)(1)(B), voluntarily dismissing the class action claims asserted in this matter [Dkt. 26].

WHEREAS, the Parties have resolved Plaintiff's individual claims against Defendant.

## II. STIPULATION

THEREFORE, THE PARTIES STIPULATE AND AGREE as follows:

The above-entitled action shall be dismissed with prejudice, with each party bearing their own costs and fees.

IT IS SO STIPULATED.

Dated: October 29, 2024

LITTLER MENDELSON, P.C.

*/s/ Elizabeth A. Stonhaus*
James E. Hart
Lisa Lin Garcia
Elizabeth A. Stonhaus
LITTLER MENDELSON, P.C.

Attorneys for Defendant
COVENANT TRANSPORT, INC.

1  Dated:      October 29, 2024            JAMES HAWKINS APLC

/s/ *Isandra Fernandez*

Isandra Fernandez
Lance Dacre
JAMES HAWKINS APLC

Attorneys for Plaintiff
WESLEY MAAS

JOINT STIPULATION DISMISS
4
CASE NO. 5:21-CV-00854-DSF-SP

**ATTESTATION**

Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), the filer of this document attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filings' content and have authorized the filing.

DATED: October 29, 2024

                                            */s/ Isandra Fernandez*
                                            Lance Dacre
                                            JAME HAWKINS APLC

                                            Attorney for Plaintiff
                                            WESLEY MAAS

**CERTIFICATE OF SERVICE**

I hereby certify that on October 29, 2024 I electronically filed the foregoing with the Clerk of the Court for the U.S. District Court, for the Central District of California using the CM/ECF system. All participants are registered CM/ECF users, and will be served by the CM/ECF system.

Dated: October 29, 2024          */s/ James R. Hawkins*
                                            James R. Hawkins

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JOINT STIPULATION DISMISS

6

CASE NO. 5:21-CV-00854-DSF-SP